

| | |
|---|---|
| 825 East Gate Blvd., Suite 308<br>Garden City, NY 11530<br>Website: www.kaminifoxlaw.com | Phone: (516) 493-9920<br>Cell: (516) 528-6344<br>Email: kamini@kfoxlaw.com |

Kamini Fox *
*Partner*

Lovashni Khalikaprasad *
*Of Counsel*

Chris Valencia
*Paralegal*

* Admitted in NY

February 14, 2023

Chambers of the Hon. Michael E. Wiles
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    **Re:**  **Greenheart NY, Inc.**
       **Chapter 11, Sub. V**
       **Case No. 23-10091 (mew)**

Dear Judge Wiles:

  This Firm represents the debtor and debtor-in-possession, Greenheart NY, Inc. ("Debtor"), in the above-referenced matter.

  As required by 11 U.S.C. § 1188(c) and this Court's Order Scheduling Status Conference under 11 U.S.C. § 1188 entered on January 25, 2023 [ECF Doc. No. 4], the Debtor has undertaken the following steps to ensure a consensual plan of reorganization since the filing date of January 25, 2023:

1. Engaged in marketing efforts to attract clients by placing lawn signs on various projects being worked on by other contractors;
2. Networking to reconnect with past clients;
3. Reconnecting with its contractors and subcontractors so that it has a workforce ready to accept jobs as they come in;
4. Working on its website and marketing plan;
5. There are two (2) potential new clients that will be engage the Debtor in the next week; and,
6. Engaged by three (3) companies to create architectural visuals aka virtual tours of various projects.

As the Spring and Summer seasons approach, the Debtor will continuously attend networking events such multi-family contractor meetings, woman in construction seminars.

Thank you for your time and consideration.

Respectfully Submitted,

*/s/ Kamini Fox*
Kamini Fox

cc:    Service List