# Management Report

Greenheart NY, Inc

For the period ended January 31, 2023

Prepared by
Bottom Line CFO Services LLC

Prepared on
February 17, 2023

For management use only

# Table of Contents

Profit and Loss ................................................................................................................................. 3

Balance Sheet .................................................................................................................................. 4

Statement of Cash Flows ................................................................................................................. 5

# Profit and Loss

January 25-31, 2023

|  | Total |
|---|---:|
| **INCOME** | |
| Total Income | |
| **EXPENSES** | |
|     Legal Fees - Other | 1,000.00 |
|     Rent | -514.38 |
|     **Total Expenses** | **485.62** |
| **NET OPERATING INCOME** | **-485.62** |
| **NET INCOME** | **$ -485.62** |

# Balance Sheet

As of January 31, 2023

|  | Total |
|---|---:|
| **ASSETS** |  |
|   **Current Assets** |  |
|     **Bank Accounts** |  |
|       TD BUSINESS CONVENIENCE PLUS (2956) - 1 | 4,780.58 |
|     **Total Bank Accounts** | **4,780.58** |
|     **Other Current Assets** |  |
|       Misc. Receivable | 100.00 |
|     **Total Other Current Assets** | **100.00** |
|   **Total Current Assets** | **4,880.58** |
| **TOTAL ASSETS** | **$4,880.58** |
| **LIABILITIES AND EQUITY** |  |
|   **Liabilities** |  |
|     **Current Liabilities** |  |
|       **Other Current Liabilities** |  |
|         **Brankruptcy Claims** |  |
|           BCB Bank Line of Credit | 49,926.04 |
|           Feerick Nugent MacCartney PLLC | 50,000.00 |
|           JP Morgan Chase CC | 26,419.14 |
|           Parbattie Arnold-Sukhram Arbitration Award | 364,000.00 |
|           Rogers, Habas & Eisen PC Arbitration Fees | 118,401.86 |
|         **Total Brankruptcy Claims** | **608,747.04** |
|         Customer Deposits | 2,000.00 |
|       **Total Other Current Liabilities** | **610,747.04** |
|     **Total Current Liabilities** | **610,747.04** |
|   **Total Liabilities** | **610,747.04** |
|   **Equity** |  |
|     Opening Balance Equity | -603,338.84 |
|     Retained Earnings |  |
|     Net Income | -2,527.62 |
|   **Total Equity** | **-605,866.46** |
| **TOTAL LIABILITIES AND EQUITY** | **$4,880.58** |

# Statement of Cash Flows

January 25-31, 2023

|  | Total |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -485.62 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| **Net cash provided by operating activities** | **-485.62** |
| **NET CASH INCREASE FOR PERIOD** | **-485.62** |
| Cash at beginning of period | 5,266.20 |
| **CASH AT END OF PERIOD** | **$4,780.58** |