Rowena Mohabir
President, Greenheart NY, INC
8 Shadow Road
Upper Saddle River, NY 07458
201-693-6389
rmohabir@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Chapter 11 (Subchapter V) Case No. 23-10091 (MEW)

GREENHEART NY, INC., Debtor.

TO THE HONORABLE MICHAEL E. WILES,
UNITED STATES BANKRUPTCY JUDGE:

Rowena Mohabir,
President of Greenheart NY INC., Debtor.

Dear Honorable Judge Wiles,

      On September 22, 2023, in anticipation of a settlement between parties, my spouse, Patricia Aquino, by wire from her retirement account at Fidelity Investments to an escrow account held by Kamini Fox, Esquire, attorney to Greenheart NY INC, the sum of $53,754.56. For verification to the above, please review the attached Exhibit A. Said sum was pursuant to a stipulation attached herein as Exhibit B. Unfortunately, the stipulation was not implemented as it was not financially feasible due to the unexpected expenses which arise from various parties, which became known only weeks prior to confirmation of January 31st, 2024.

      Therefore, under paragraph sixteen (16) of said prospective stipulation the money deposited into escrow should be returned to my spouse by wire as you see fit because the stipulation and plan was not effectuated nor was it financially feasible. I am respectfully requesting that the Court order that the escrowed funds totaling $53,754.56 be wired back into the custody of my spouse Patricia Aquino as was agreed upon per the stipulation attached "Exhibit A", in paragraph 16 which states:

> "16. In the event that the Court does not approve this Stipulation by January 31, 2024 (or such later date as the Parties may agree in writing, the "**Settlement Deadline**"): (a) this Stipulation shall be deemed null and void; (b) the Parties shall have the rights they had prior to the execution of this Stipulation; (c) nothing contained herein shall be deemed an admission by any Party; and (d) the Settlement Sum shall be returned to the Debtor Parties."

      Thank you very much for your attention to this matter. I apologize if there are any etiquette not adhered to due to not understanding fully the procedures of the Court. Please let me know if I can

provide anything else or if there are any clarification needed, I am available by email or by phone at 201-693-6389.

Thank you for your judicial consideration in the matter.

I am yours Truly,

Rowena Mohabir, Individually
President, GREENHEART NY INC.
201-693-6389
rmohabir@gmail.com